# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| DAVID CAZALAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 2:24-cv-02130-SHM-tmp |
| ) | |
| INTERNATIONAL PAPER COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

Before the Court is the July 11, 2024 Motion of Matthew D. Grabell for Leave to Appear Pro Hac Vice on behalf of International Paper Company and International Paper Company Salaried Savings Plan.  (ECF No. 11.)  Grabell has submitted documentation showing that he is a member in good standing of the bars of the Supreme Court of Illinois and the Supreme Court of Georgia. He is admitted in the U.S. District Courts for the Northern and Central Districts of Illinois, the Southern District of Indiana, and the Northern District of Georgia; and the U.S. Courts of Appeals for the Sixth, Seventh, and Eleventh Circuits.  Grabell is familiar with and agrees to be bound by the local rules and professional guidelines of this court.   For good cause shown, the motion is GRANTED and Matthew D. Grabell is admitted to participate in this action as counsel for International Paper Company and International Paper Company Salaried Savings Plan.

It is SO ORDERED this 12th day of July, 2024.

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE