### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| **DAVID CAZALAS,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | No.:  2:24-cv-02130-SHM-tmp |
| ) | |
| **INTERNATIONAL PAPER COMPANY, et al.,** ) | |
| ) | |
|     **Defendants.** ) | |

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

Before the Court is the July 16, 2024 Motion of Tiffany D. Downs for Leave to Appear Pro Hac Vice on behalf of International Paper Company and International Paper Company Salaried Savings Plan.  (ECF No. 18.)  Downs has submitted documentation showing that she is a member in good standing of the bars of the Supreme Court of Georgia and the U.S. District Court for the Northern District of Georgia.

Downs is familiar with and agrees to be bound by the local rules and professional guidelines of this court.  For good cause shown, the motion is GRANTED and Tiffany D. Downs is admitted to participate in this action as counsel for International Paper Company and International Paper Company Salaried Savings Plan.

It is SO ORDERED this 17th day of July, 2024.

                                                                     */s/ Samuel H. Mays, Jr.*
                                                                     SAMUEL H. MAYS, JR.
                                                                     UNITED STATES DISTRICT JUDGE