**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| DAVID CAZALAS, ) | |
| ) | NO.: 2:24-cv-2130 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| INTERNATIONAL PAPER COMPANY ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SETTLEMENT**

NOW COMES Plaintiff David Cazalas ("Plaintiff") and Defendant International Paper Company ("Defendant") and hereby provide notice to this Honorable Court that the Parties have settled the above-referenced matter. The Parties are in the process of finalizing the settlement and anticipate filing a Joint Stipulation to Dismiss with Prejudice within thirty (30) days of this Notice.

Date: December 9, 2025                                      Respectfully Submitted,

**DAVID CAZALAS**

/s/ Kristy L. Bennett
Kristy L. Bennett
Tressa V. Johnson
Johnson & Bennett, PLLC
1407 Union Ave., Suite 807
Memphis, TN 38104
Email: kristy@myjbfirm.com
Email: tressa@myjbfirm.com
Phone: (901) 402-6601

                          **INTERNATIONAL PAPER COMPANY**

                          /s/ Matthew D. Grabell
                          Matthew D. Grabell
                          Tiffany D. Downs
                          Barnes & Thornburg, LLP
                          3340 Peachtree Rd. NE
                          Atlanta, GA 30326
                          Email: mgrabell@btlaw.com
                          Email: tiffany.downs@btlaw.com
                          Phone: (470) 832-7598
                          Phone: (404) 760-5821