### UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

DAVID CAZALAS,

    Plaintiff,

v.                         Case No. 2:24-cv-02130-SHM-tmp

INTERNATIONAL PAPER COMPANY,

    Defendant.

## JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order docketed December 23, 2025.

## APPROVED:

/s/  *Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

*December 23, 2025*
DATE

WENDY R. OLIVER
CLERK

JAIRO MENDEZ
(By) DEPUTY CLERK